ACCEPTED
04-14-00284-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/24/2015 11:14:19 AM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
101 W. Nueva ♦ Paul Elizondo Tower – Suite 310 ♦ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ♦ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/24/2015 11:14:19 AM
KEITH E. HOTTLE
Clerk

February 24, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

      Re:    Loretta Strache v. State of Texas
              Appeal No. 04-14-00284-CR
              Cause No. 370016

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Loretta Strache, of her right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Ms. Strache. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

      Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
      Date of Opinion and Judgment: February 11, 2015
      Date notification mailed to Appellant: February 11, 2015
      Certified mail number: 7011 1150 0002 0439 3089
      Date return receipt received by the undersigned attorney: February 23, 2015

Sincerely yours,

RICHARD B. DULANY, JR.
Interim Chief Appellate Public Defender

Attachment
/cmb

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BC APPELLATE PUBLIC DEFENDERS
101 W NUEVA STREET STE 310
SAN ANTONIO TX 78205

APDO - RD

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Loretta Strache_    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Loretta Strache_

1. Article Addressed to:

**LORETTA STRACHE**
**6200 FM 758**
**SEGUIN TX 78155**

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail®        ☐ Priority Mail Express™
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 1150 0002 0439 3089

PS Form 3811, July 2013          Domestic Return Receipt